# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1965
LT Case Nos. 2020-CF-001108-A
2020-CF-004753-A

_____

BLAYZE WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Timothy T. McCourt, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Bureau Chief, Assistant Attorney General,
Daytona Beach, for Appellee.


August 11, 2026

PER CURIAM.

AFFIRMED.


SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____